# EXHIBIT C

Case 2:25-cv-10142    Document 1-3    Filed 10/22/25    Page 1 of 2    Page ID #:127



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 32443361**
**Date Processed: 10/09/2025**

| | |
|---|---|
| **Primary Contact:** | Legal Department null<br>Kaiser Foundation Hospitals<br>1 Kaiser Plz<br>Fl 19L<br>Oakland, CA 94612-3610 |
| **Electronic copy provided to:** | Evelyn Arias<br>Casey Freschi<br>Erika Hernandez Ruiz<br>Barbara Estrada |
| **Entity:** | Kaiser Foundation Health Plan, Inc.<br>Entity ID Number  0460146 |
| **Entity Served:** | Kaiser Foundation Health Plan, Inc. |
| **Title of Action:** | Stephan C. Dean vs. Kaiser Foundation Health Plan, Inc. |
| **Matter Name/ID:** | Stephan C. Dean vs. Kaiser Foundation Hospital Inc. (18008642) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Trademark / Copyright / Patent |
| **Court/Agency:** | Riverside County Superior Court, CA |
| **Case/Reference No:** | CVPS2507250 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 10/09/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stephan C. Dean<br>323-314-9692 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com