SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL M. PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email       JPietrini@sheppardmullin.com
            PBost@sheppardmullin.com

JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone:  619.338.6588
Facsimile:  619.515.4182
Email:      JBurns@sheppardmullin.com

Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and DOES 1-50 Inclusive,<br><br>　　　　Defendants. | Case No.  25-10142<br><br>Removed from Riverside Superior Court, Case No. CVPS2507250<br><br>**DECLARATION OF JOHN F. BURNS IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Complaint Filed: October 3, 2025 |

## DECLARATION OF JOHN F. BURNS

I, John F. Burns, declare as follows:

1. I am an attorney at the law firm Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I have firsthand knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

2. On October 3, 2025, plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs") filed a Complaint against Kaiser in the Superior Court of the State of California for the County of Riverside, entitled *Stephan Dean, et al. v. Kaiser Foundation Health Plan, et al.*, Case No. CVPS2402884. **Exhibit A**, attached hereto, is a true and correct copy of the Complaint.

3. Plaintiffs served Kaiser with the Complaint on October 9, 2025. **Exhibit B** and **Exhibit C**, attached hereto, are true and correct copies of the Notice of Service of Summons on Kaiser.

4. On December 7, 2021, an arbitration panel tasked with deciding petitions filed pursuant to the Internet Corporation for Assigned Names and Numbers' Uniform Domain Name Dispute Resolution Policy ("UDRP") issued a decision under the UDRP. Plaintiffs refer to this decision in their Complaint, but did not attach a copy of it or otherwise file it with the Court. The UDRP panel concluded that Plaintiffs "registered <kphealthconnectusa.com>," the website on the domain name "displays the Kaiser Mark and logo on the landing page," and its use by Plaintiffs "is intended to sow confusion." The panel also concluded that Plaintiffs registered the domain name "primarily for the purpose of extorting a benefit from the trademark owner [Kaiser]." **Exhibit D**, attached hereto, is a true and correct copy of the ICANN arbitration panel's decision, which is available at the following website: https://www.adrforum.com/DomainDecisions/1969275.htm.

5. **Exhibit E**, attached hereto, is a true and correct copy of all other documents filed in the state court action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2025 at San Diego, California.

JOHN F. BURNS