1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JILL PIETRINI, Cal. Bar No. 138335
3  PAUL BOST, Cal. Bar No. 261531
4  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067
5  Telephone:  310.228.3700
   Facsimile:  310.228.3701
6  Email        JPietrini@sheppardmullin.com
7               PBost@sheppardmullin.com

8  JACK BURNS, Cal. Bar No. 290523
   501 West Broadway, 18th Floor
9  San Diego, CA 92101
10 Telephone:  619.338.6588
   Facsimile:  619.515.4182
11 Email:      JBurns@sheppardmullin.com

12 Attorneys for Defendants Kaiser
   Foundation Health Plan, Inc. and Kaiser
13 Foundation Hospitals

14                 UNITED STATES DISTRICT COURT
15                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>Plaintiffs,<br><br>v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>Defendants. | Case No. 25-10142<br><br>**CERTIFICATE OF SERVICE**<br><br>[Complaint Filed: October 3, 2025] |

-1-

# CERTIFICATE OF SERVICE

**Stephan Dean et al v Kaiser Foundation Health Plan, Inc. et al.**

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 W. Broadway, 18th Floor, San Diego, CA 92101.

On October 22, 2025, I served true copies of the following document(s) described as

**1.    NOTICE OF REMOVAL AND EXHIBITS A-E**

**2.    DECLARATION OF JOHN F. BURNS**

**3.    CIVIL CASE COVER SHEET**

**4.    NOTICE OF INTERESTED PARTIES**

**5.    NOTICE OF RELATED CASE**

on the interested parties in this action as follows:

| | |
|---|---|
| Stephan Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | <u>Plaintiff In Propria Persona</u><br><br>Email: <u>Surefile@msn.com</u> |
| Liza Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | <u>Plaintiff in Propria Persona</u> |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from <u>tdykes@sheppardmullin.com</u> to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2025, at San Diego, California.

*/s/ Toy Poore*
Toy Poore