```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:  310.228.3701
Email       JPietrini@sheppardmullin.com
            PBost@sheppardmullin.com

JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone:  619.338.6588
Facsimile:  619.515.4182
Email:      JBurns@sheppardmullin.com
```
*Attorneys for Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>           Plaintiffs,<br><br>     v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>           Defendants. | Case No. 2:25-cv-10142<br>Hon. _____<br>**DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' NOTICE OF MOTION AND MOTION (1) TO DISMISS; (2) TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROC. § 425.16; AND (3) FOR ATTORNEY'S FEES**<br>*[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of John Burns, Exhibits, and [Proposed] Order]*<br>Hearing:<br>Date:       Dec. 1, 2025<br>Time:       9:00 a.m.<br>Courtroom:  TBD |

-1-

SMRH:4900-1029-9251.1

**TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 9:00 a.m. on December 1, 2025, or as soon thereafter as this matter may be heard, Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals (collectively, "Kaiser") will and hereby do move for an order: (i) dismissing the complaint of Stephan and Liza Dean, dba SureFile Filing Systems (collectively, "Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(6); (2); (ii) striking the cause of action for breach of contract under Cal. Civ. Proc. Code § 425.16; and (iii) awarding Kaiser its attorneys' fees and costs under Cal. Civ. Proc. Code § 425.16(c).

Kaiser moves to dismiss on the ground that the complaint does not state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6). The motion to strike and for attorney's fees is made because Plaintiffs' contract claim arises out of Kaiser's petitioning activities in an official proceeding authorized by law under Cal. Civ. Proc. Code § 425.16(e)(1) and Kaiser's exercise of its First Amendment rights in connection with an issue of public concern or public interest under Cal. Civ. Proc. Code § 425.16(e)(4). The burden thus shifts to Plaintiffs to prove a prima facie case. They cannot meet that burden because the claims alleged in the complaint do not state a claim upon which relief may be granted under Fed. R. Civ. Proc. 12(b)(6).

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declaration of John F. Burns, the concurrently filed Request for Judicial Notice, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

Kaiser files this motion in accordance with the timing set forth in Fed. R. Civ. Proc. 81(c)(2). Kaiser will file an amended notice providing the location of the hearing and other information if necessary upon assignment of this case.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on October 22, 2025.

                                        Respectfully submitted,

                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: October 30, 2025       By  */s/ John Burns*
                                               Jill Pietrini
                                             Paul Bost
                                             John Burns
                                             Attorneys for Defendants
                                             Kaiser Foundation Health Plan, Inc. and
                                             Kaiser Foundation Hospitals

SMRH:4900-1029-9251.1