1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
3  JILL PIETRINI, Cal. Bar No. 138335
   PAUL BOST, Cal. Bar No. 261531
4  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067
5  Telephone:  310.228.3700
   Facsimile:  310.228.3701
6  Email       JPietrini@sheppardmullin.com
7               PBost@sheppardmullin.com

8  JOHN F. BURNS, Cal. Bar No. 290523
   501 West Broadway, 18th Floor
9  San Diego, CA 92101
   Telephone:  619.338.6588
10  Facsimile:  619.515.4182
11  Email:      JBurns@sheppardmullin.com
   *Attorneys for Defendants Kaiser*
12  *Foundation Health Plan, Inc. and Kaiser*
   *Foundation Hospitals*
13

14              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

15  Stephan Dean and Liza Dean,              Case No. 2:25-cv-10142
16  Individually and DBA SureFile Filing     Hon. _____
   Systems,
17                                           **DEFENDANTS KAISER**
                 Plaintiffs,                 **FOUNDATION HEALTH PLAN,**
18                                           **INC.'S AND KAISER**
        v.                                   **FOUNDATION HOSPITALS'**
19                                           **REQUEST FOR JUDICIAL**
20  Kaiser Foundation Health Plan, Inc.,     **NOTICE IN SUPPORT OF**
   Kaiser Foundation Hospitals, and Does     **MOTION TO DISMISS AND TO**
21  1-50 Inclusive,                          **STRIKE**
22                 Defendants.               *[Filed concurrently with Notice of*
                                             *Motion, Memorandum of Points and*
23                                           *Authorities, Declaration of John Burns,*
24                                           *Exhibits, and [Proposed] Order]*
25                                           Hearing:
26                                           Date:       Dec. 1, 2025
                                             Time:       9:00 a.m.
27                                           Courtroom:  TBD
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Evid. 201 and *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005), and in support of Defendants Kaiser Foundation Health Plan's and Kaiser Foundation Hospitals' (collectively "Kaiser") motion to dismiss and to strike, Kaiser requests that the Court take judicial notice of documents as follows:

Plaintiffs Stephan Dean and Liza Dean ("Plaintiffs") sue Kaiser because Kaiser successfully challenged Plaintiffs' use of its trademarks before the National Arbitration Forum ("NAF") under the Uniform Domain-Name Dispute-Resolution Policy ("UDRP") established by the Internet Corporation for Assigned Names and Numbers ("ICANN").  Dkt. 1-1, Compl., ¶¶ 13, 39.  Kaiser seeks judicial notice of the UDRP panel's December 7, 2021 decision finding that Plaintiffs wrongfully and in bad faith registered a domain name that infringed Kaiser's rights and ordering that the domain name be transferred to Kaiser.  This order is attached hereto as **Exhibit A**.

Kaiser also seeks judicial notice of the following docket entries from Plaintiffs' 2021 lawsuit against Kaiser, which is Case No. 5:22-cv-278-MCS-KK in the U.S. District Court for the Central District of California.  Each of these docket entries are attached hereto as the exhibits referenced in the table below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

| Exhibit | Dkt. | Date | Description |
|---------|------|------|-------------|
| B | 1-1 | 12/16/2021 | Plaintiffs' Complaint |
| C | 22 | 3/8/2022 | Kaiser's Answer and Counterclaims |
| D | 26 | 3/15/2022 | Plaintiffs' Answer to Counterclaims |
| E | 31 | 3/29/2022 | Order Granting Kaiser's Motion to Dismiss and to Strike |
| F | 34 | 4/12/2022 | Order Directing Plaintiffs to Pay Kaiser $50,804.89 in Attorney's Fees by April 27, 2022 |
| G | 49 | 5/11/2022 | Declaration of Plaintiffs' Counsel |
| H | 81 | 11/22/2022 | Order on Kaiser's Motion for Summary Judgment |
| I | 93 | 3/14/2023 | Order on Kaiser's Ex Parte Application to Compel Discovery Responses |
| J | 95 | 3/23/2023 | Plaintiffs' Motion to Dismiss Kaiser's Counterclaims |
| K | 98 | 3/28/2023 | Order Denying Plaintiffs' Motion to Dismiss |
| L | 105 | 5/31/2023 | Order on Kaiser's Motion for Summary Judgment |
| M | 106 | 5/31/2023 | Judgment |
| N | 114 | 6/23/2023 | Order Denying Plaintiffs' Motion for Leave to Appeal In Forma Pauperis |
| O | 117 | 6/29/2023 | Order Denying Plaintiffs' Second Motion for Leave to Appeal In Forma Pauperis |
| P | 124 | 10/10/2023 | Abstract of Judgment |
| Q | 125 | 4/1/2024 | Ninth Circuit Order Dismissing Plaintiffs' Appeal |

17

18    This Request is made pursuant to Fed. R. Evid. 201(b)(1) and the

19 "incorporation by reference" doctrine.  Both grounds are independently sufficient to

20 grant this Request.

21    Under Fed. R. Evid. 201(b)(1), the Court may take judicial notice of

22 documents that are not subject to reasonable dispute and that "can be accurately and

23 readily determined from sources whose accuracy cannot reasonably be questioned."

24 Each of the above exhibits meets this criteria.  The declaration of John F. Burns

25 filed with this Request supports the exhibits' accuracy and authenticity.  In addition,

26 the accuracy of these exhibits may be confirmed through other reliable and publicly

27 available sources such as the NAF website

28

1  (https://www.adrforum.com/DomainDecisions/1969275.htm) and this Court's

2  CM/ECF system.

3        The Court may also grant this Request under the "incorporation by reference"

4  doctrine.  This doctrine "permits [a court] to take into account documents 'whose

5  contents are alleged in a complaint and whose authenticity no party questions, but

6  which are not physically attached to the plaintiff's pleading.'" *Knievel*, 393 F.3d at

7  1076.  The Ninth Circuit "ha[s] extended the 'incorporation by reference' doctrine

8  to situations in which the plaintiff's claim depends on the contents of a document,

9  the defendant attaches the document to its motion to dismiss, and the parties do not

10  dispute the authenticity of the document, even though the plaintiff does not

11  explicitly allege the contents of that document in the complaint." *Id*.  In fact, the

12  Court took judicial notice of the UDRP panel's decision in its order granting

13  Kaiser's motions to dismiss and to strike in the 2021 lawsuit under this doctrine.

14  *Dean v. Kaiser Found. Health Plan, Inc.*, 562 F. Supp. 3d 928, 931 (C.D. Cal. 2022)

15  ("The Court considers a December 27, 2021 arbitration decision concerning a

16  domain name dispute between the parties, . . . which is incorporated by reference

17  into the Complaint.").

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    In sum, neither the authenticity nor accuracy of the documents attached as

2   Exhibits A though Q can be reasonably disputed.  It is also clear that Exhibit A is

3   the proper subject of the "incorporation by reference" doctrine because Plaintiffs'

4   claims rely upon this document.  Dkt. 1-1, Compl., ¶¶ 13, 39.  Because Kaiser has

5   satisfied the requirements under Fed. R. Evid. 201 and the "incorporation by

6   reference" doctrine, the Court should grant this request and take judicial notice of

7   Exhibits A through Q attached hereto.

8                                          Respectfully submitted,

9                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

10

11

12   Dated:  October 30, 2025          By  /s/ John Burns

13                                          Jill Pietrini
                                            Paul Bost
14                                          John Burns
                                            Attorneys for Defendants
15                                          Kaiser Foundation Health Plan, Inc.
                                            and Kaiser Foundation Hospitals
16

17

18

19

20

21

22

23

24

25

26

27

28