# EXHIBIT P

WHEN RECORDED MAIL TO:

John F. Burns, Cal. Bar No. 290523
Sheppard Mullin Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
jburns@sheppardmullin.com

Reset Form

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,<br><br>PLAINTIFF(S),<br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:22-cv-00278-MCS-KK<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 4/12/22
in favor of KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS,
whose address is c/o John F. Burns, Esq.; 501 West Broadway, 19th Floor, San Diego, CA 92101
and against STEPHAN DEAN and LIZA DEAN, Individually and DBA SUREFILE FILING SYSTEMS,
whose last known address is 37187 Bankside Drive, No. 2, Cathedral City, CA 92234
for $ 0.00           Principal, $ 0.00           Interest, $ 1,082.85           Costs,
and $ 50,804.89           Attorney Fees.

ATTESTED this    10th    day of    OCTOBER   , 20 23
Judgment debtor's driver's license no. and state;                               (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;  S. Dean: 9523; L. Dean: 7346  (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or
address at which summons was served:

STEPHAN DEAN and LIZA DEAN (pro se)          CLERK, U.S. DISTRICT COURT
37187 Bankside Drive, No. 2                                                                         1256
Cathedral City, CA 92234                         By _____
                                                                             Deputy Clerk
                                                                             ERICK ESTRADA

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                         ABSTRACT OF JUDGMENT/ORDER